IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10636
Conference Calendar
_____


MARK ANTHONY BOLDS,

                                        Plaintiff-Appellant,


versus

GARY JOHNSON; D. WHITAKER, Captain;
JONES, Sgt.; CLENDENNEN, Major,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:96-CV-137
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

    Mark Bolds (#425399), a Texas state prison inmate, has
appealed the district court's dismissal of his civil rights
action on grounds that his claims are legally frivolous.  We
AFFIRM, essentially for the reasons stated in the district
court's memorandum opinion, Bolds v. Johnson, No. 2:96-CV-137
(N.D. Tex. May 15, 1996).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

JUDGMENT AFFIRMED.